**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Franklin BANKS, Defendant–**
**Appellant.**

**No. 12–6297.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 7, 2012.

Decided: June 15, 2012.

John Franklin Banks, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Franklin Banks appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Banks,* No. 3:97–cr–00086–JPJ–1 (W.D.Va. Feb. 3, 2012). We grant Banks' motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*